UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE
INSURANCE COMPANY,

      Plaintiff,

v.

MICHAEL SIKORSKI, *et al.*,

      Defendants.
_____/

Case No. 23-cv-13085
Hon. Matthew F. Leitman

### ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING

In this action, First American Title Insurance Company ("First American") alleges that Defendant Michael Sikorski breached a warranty deed when he refused to pay off a mortgage for real property located in Livonia, Michigan. (*See* Compl., ECF No. 1.) Sikorski has not appeared in this action, and he has not filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against Sikorski on February 2, 2024. (*See* Default, ECF No. 6.)

On February 27, 2024, First American filed a motion for a default judgment against Sikorski. (*See* Mot., ECF No. 9.) The Court has now issued a Notice of Hearing setting First American's motion for a Zoom electronic hearing on **June 28, 2024, at 10 a.m**. (*See* Notice of Hearing, ECF No. 10.)

1

By no later than **June 13, 2024**, First American shall serve Sikorski with (1) the Notice of Hearing, (2) this order, and (3) a proposed default judgment. In addition, by no later than **June 13, 2024**, First American shall file a Certificate of Service on the docket confirming that it has served Sikorski with these documents. Finally, by no later than **June 13, 2024**, First American shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

                                                              s/Matthew F. Leitman
                                                              MATTHEW F. LEITMAN
                                                              UNITED STATES DISTRICT JUDGE

Dated: June 4, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 4, 2024, by electronic means and/or ordinary mail.

                                                              s/Holly A. Ryan
                                                              Case Manager
                                                              (313) 234-5126