UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE
INSURANCE COMPANY,

    Plaintiff,  Case No. 23-cv-13085

v.  Hon. Matthew F. Leitman

MICHAEL SIKORSKI, *et al.*,

    Defendants.
_____/

## ORDER TERMINATING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST MICHAEL SIKORSKI (ECF NO. 9) AND DEFENDANT'S MOTION TO SET ASIDE DEFAULT AGAINST MICHAEL SIKORSKI (ECF NO. 15)

On July 12, 2024, the Court held a hearing in this civil action. During the hearing the Court discussed two motions: Plaintiff's Motion for Entry of Default Judgment Against Michael Sikorski (ECF No. 9) and Defendant's Motion to Set Aside Default Against Michael Sikorski (ECF No. 15). For the reasons explained on the record, the Court **TERMINATES WITHOUT PREJUDICE** both motions and will refer the action to the assigned Magistrate Judge for a settlement conference.

If the action does not settle at the conference, the Court will convene a status conference to discuss reinstating the motions to the active docket.

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
Dated: July 15, 2024              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 15, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126