UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE
INSURANCE COMPANY,

    Plaintiff,

v.

    Case No. 23-cv-13085
    Hon. Matthew F. Leitman

MICHAEL SIKORSKI, *et. al.*,

    Defendants.

_____/

### ORDER (1) DIRECTING DEFENDANT MICHAEL SIKORSKI TO PERSONALLY APPEAR FOR MOTION HEARING ON DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW (ECF No. 23), AND (2) DIRECTING DEFENDANTS' COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON SIKORSKI

Attorney Jennifer Lynn Gross and the law firm of Cooper & Riesterer (the "Cooper Firm"), represent Defendants Michael Sikorski, individually, as attorney in fact for George Sikorski, and as the personal representative of George Sikorski's probate estate. (*See* Appearance, ECF No. 13.) On February 7, 2025, Gross and the Cooper Firm filed a motion to withdraw as Defendants' counsel. (*See* Mot., ECF No. 23.)

The Court has scheduled a Zoom electronic hearing on the motion to withdraw as counsel for March 12, 2025, at 1:00 p.m. (*See* Notice of Hearing, ECF No. 24.) The Court **ORDERS** Gross, Plaintiff's counsel, ***and*** Michael Sikorski to each ***personally attend*** the hearing on the motion to withdraw.

1

By no later than **February 21, 2025**, Gross shall serve (1) the motion to withdraw (ECF No. 23), (2) the Notice of Hearing on the motion to withdraw (ECF No. 24), (3) the Zoom link provided by the Court so that Michael Sikorski can access the Zoom hearing, and (4) this order on Michael Sikorski by both email (if possible) and First Class Mail at Sikorski's last known mailing address.  In addition, by no later than **February 21, 2025**, Gross shall file a proof of service on the docket confirming that Sikorski has been served with the documents identified above.

    **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated:  February 11, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 11, 2025, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126