UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE
INSURANCE COMPANY,

    Plaintiff,                                   Case No. 23-cv-13085
                                            Hon. Matthew F. Leitman

v.

MICHAEL SIKORSKI, *et. al.*,

    Defendants.

_____/

**ORDER (1) GRANTING DEFENDANTS' MOTION TO SET ASIDE DEFAULT (ECF No. 35), (2) SETTING ASIDE DEFAULT (ECF No. 6), (3) DENYING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT (ECF No. 29), AND (4) TERMINATING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME (ECF No. 32) AS MOOT**

On November 7, 2025, the Court held a status conference with counsel for all parties. For the reasons explained on the record during the status conference, **IT IS HEREBY ORDERED** as follows:

- Defendants' motion to set aside the entry of a default against Defendant Michael Sikorski (ECF No. 35) is **GRANTED**. That default (ECF No. 6) is **SET ASIDE**;

- Plaintiff's motion for a default judgment (ECF No. 29) is **DENIED**;

- Defendants' motion for an extension of time to answer the Complaint (ECF No. 32) is **TERMINATED AS MOOT**; and

1

- The Court accepts Defendants' motion to dismiss (ECF No. 34) as properly filed.

**IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: November 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2025, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                    Case Manager
                                                    (313) 234-5126