UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FIRST AMERICAN TITLE
INSURANCE COMPANY,

     Plaintiff,

v.

MICHAEL SIKORSKI, *et. al.*,

     Defendants.

Case No. 23-cv-13085
Hon. Matthew F. Leitman

_____/

## ORDER ADMINISTRATIVELY TERMINATING
## DEFENDANTS' MOTION TO DISMISS (ECF No. 34)

On June 5, 2026, the Court held an on-the-record status conference in this action.  During that conference, the parties reported that they were working diligently toward a resolution of this matter, and they were cautiously optimistic that they would be able to reach a settlement agreeable to all parties.  Given that report from counsel, for the reasons the Court explained during the status conference, it **ADMINISTRATIVELY TERMINATES** Defendants' currently-pending motion to dismiss (ECF No. 34) **WITHOUT PREJUDICE**.  The Court will hold an additional status conference in approximately 60 days.  If the case has not settled by that time, the Court will reinstate the motion to the active docket.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2026

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126